IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **MOZELLE PARKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 1:04cv346-T |
| | ) (WO) |
| **CITY OF ELBA,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

It is ORDERED that the plaintiff's motion to extend deadline (Doc. No. 17) is denied.  See **Frequently Asked Questions**   http://www.almd.uscourts.gov/frequently-asked-questions.htm (Question 5: "Why does the Rule 16 Scheduling Order establish a dispositive motion deadline before the end of the period allowed for discovery?")

DONE, this the 3rd day of May, 2005.

                       /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE